UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATE MILLS,

       Plaintiff,

v.                                                                                        Case No. 08-14291
                                                                                          Honorable Patrick J. Duggan
WALTER RODABAUGH, JEFFREY
BROOKS, and COUNTY OF LAPEER,

       Defendants.
_____/

ANDREW MILLS,

       Plaintiff,

v.                                                                                        Case No. 09-10921
                                                                                          Honorable Patrick J. Duggan
WALTER RODABAUGH, JEFFREY
BROOKS, and COUNTY OF LAPEER,

       Defendants.
_____/

## JUDGMENT

These consolidated lawsuits arise from the search of a farm in Imlay County, Michigan, the seizure of live and dead animals found on the farm, and the subsequent prosecution of Plaintiffs and their parents, Ellen and Mark Mills, of killing or torturing an animal, animal cruelty, failure to bury an animal, and having an unlicensed dog. The parties filed motions for summary judgment, which this Court disposed of in an Opinion and Order issued on this date. Pursuant to that decision, the Court granted summary judgment to Defendants.

Accordingly,

**IT IS ORDERED**, that Plaintiffs' complaints are **DISMISSED WITH PREJUCIDE**.

                _____
                s/PATRICK J. DUGGAN
                UNITED STATES DISTRICT JUDGE

Date: December 22, 2009
Copies to:
Kevin J. Watts, Esq.
Barry A. Seifman, Esq.
S. Randall Field, Esq.
Marcelyn A. Stepanski, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATE MILLS,

      Plaintiff,

v.                                                         Case No. 08-14291
                                                           Honorable Patrick J. Duggan
WALTER RODABAUGH, JEFFREY
BROOKS, and COUNTY OF LAPEER,

      Defendants.
_____/

ANDREW MILLS,

      Plaintiff,

v.                                                         Case No. 09-10921
                                                           Honorable Patrick J. Duggan
WALTER RODABAUGH, JEFFREY
BROOKS, and COUNTY OF LAPEER,

      Defendants.
_____/

## **JUDGMENT**

      These consolidated lawsuits arise from the search of a farm in Imlay County, Michigan, the seizure of live and dead animals found on the farm, and the subsequent prosecution of Plaintiffs and their parents, Ellen and Mark Mills, of killing or torturing an animal, animal cruelty, failure to bury an animal, and having an unlicensed dog. The parties filed motions for summary judgment, which this Court disposed of in an Opinion and Order issued on this date. Pursuant to that decision, the Court granted summary judgment to Defendants.

Accordingly,

**IT IS ORDERED**, that Plaintiffs' complaints are **DISMISSED WITH PREJUDICE**.

_____
s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Date: December 22, 2009
Copies to:
Kevin J. Watts, Esq.
Barry A. Seifman, Esq.
S. Randall Field, Esq.
Marcelyn A. Stepanski, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATE MILLS,

    Plaintiff,

v.                                                                                          Case No. 08-14291
                                                                                            Honorable Patrick J. Duggan
WALTER RODABAUGH, JEFFREY
BROOKS, and COUNTY OF LAPEER,

    Defendants.
_____/

ANDREW MILLS,

    Plaintiff,

v.                                                                                          Case No. 09-10921
                                                                                            Honorable Patrick J. Duggan
WALTER RODABAUGH, JEFFREY
BROOKS, and COUNTY OF LAPEER,

    Defendants.
_____/

## JUDGMENT

These consolidated lawsuits arise from the search of a farm in Imlay County, Michigan, the seizure of live and dead animals found on the farm, and the subsequent prosecution of Plaintiffs and their parents, Ellen and Mark Mills, of killing or torturing an animal, animal cruelty, failure to bury an animal, and having an unlicensed dog. The parties filed motions for summary judgment, which this Court disposed of in an Opinion and Order issued on this date. Pursuant to that decision, the Court granted summary judgment to Defendants.

Accordingly,

**IT IS ORDERED**, that Plaintiffs' complaints are **DISMISSED WITH PREJUDICE**.

_____
s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Date: December 22, 2009
Copies to:
Kevin J. Watts, Esq.
Barry A. Seifman, Esq.
S. Randall Field, Esq.
Marcelyn A. Stepanski, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATE MILLS,

       Plaintiff,

v.                                                                                                  Case No. 08-14291
                                                                                             Honorable Patrick J. Duggan
WALTER RODABAUGH, JEFFREY
BROOKS, and COUNTY OF LAPEER,

       Defendants.
_____/

ANDREW MILLS,

       Plaintiff,

v.                                                                                                  Case No. 09-10921
                                                                                             Honorable Patrick J. Duggan
WALTER RODABAUGH, JEFFREY
BROOKS, and COUNTY OF LAPEER,

       Defendants.
_____/

## **JUDGMENT**

       These consolidated lawsuits arise from the search of a farm in Imlay County, Michigan, the seizure of live and dead animals found on the farm, and the subsequent prosecution of Plaintiffs and their parents, Ellen and Mark Mills, of killing or torturing an animal, animal cruelty, failure to bury an animal, and having an unlicensed dog. The parties filed motions for summary judgment, which this Court disposed of in an Opinion and Order issued on this date. Pursuant to that decision, the Court granted summary judgment to Defendants.

Accordingly,

**IT IS ORDERED**, that Plaintiffs' complaints are **DISMISSED WITH PREJUDICE**.

                                                      _____
                                                      s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Date: December 22, 2009
Copies to:
Kevin J. Watts, Esq.
Barry A. Seifman, Esq.
S. Randall Field, Esq.
Marcelyn A. Stepanski, Esq.